# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW ZUREK,

Appellant,

vs.

ATENIA GLICEIDA DEL CARMEN RUIZ,

Respondent.

No. 81466

**FILED**

DEC 22 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to modify custody of a minor child. Eighth Judicial District Court, Clark County; Valorie Vega, Judge. This court previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has now filed a notice informing this court of the withdrawal of this appeal. The notice is treated as a motion to voluntarily dismiss this appeal and granted. NRAP 42(b). This appeal is dismissed.

It is so ORDERED.

_Pickering_, C.J.

cc: Chief Judge, The Eighth Judicial District Court
Hon. Valorie Vega, Senior Judge
Robert E. Gaston, Settlement Judge
Jacobson Law Office, Ltd.
Bonanza Legal Group
Eighth District Court Clerk

20-46226